IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD S. HALL,

    Petitioner,　　　　　　　　No. 2:09-cv-2653-JAM-JFM (HC)

  vs.

LARRY SMALLS,

    Respondent.　　　　　　　　ORDER

_____/

       Pending before the court is petitioner's June 4, 2012 motion for certificate of appealability. Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on August 21, 2009. On December 9, 2011, the undersigned adopted the magistrate judge's findings and recommendations recommending that petitioner's habeas petition be denied. The undersigned also declined to issue a certificate of appealability. On review of the present motion, which is addressed to the Ninth Circuit Court of Appeals, and in light of this court's previous order denying a certificate of appealability, petitioner's motion will be denied.

       Accordingly, IT IS HEREBY ORDERED that petitioner's June 4, 2012 motion for certificate of appealability is denied.

DATED: July 27, 2012

                        /s/ John A. Mendez

                        UNITED STATES DISTRICT COURT JUDGE